STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHAD ZAGHI,<br><br>         Plaintiff,<br><br>   v.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 THROUGH 50, INCLUSIVE,<br><br>         Defendants. | CASE NO. 5:14-cv-04827 RMW<br><br>**STIPULATION AND []**<br>**ORDER TO CONTINUE THE CASE**<br>**MANAGEMENT CONFERENCE** |

# I.
# RECITALS

1.     On November 6, 2014, State Farm Filed a motion to dismiss pursuant to FRCP 12(b)(6). On January 9, 2015, the Court issued an Order granting State Farm's motion to dismiss with leave to amend.

2.     Plaintiff's First Amended Complaint is due on January 29, 2015.

3.     The Case Management Conference is currently set for February 6, 2015. The parties' Joint Case Management Conference Statement is currently due on January 30, 2015.

4.     State Farm anticipates filing a second motion to dismiss in response to plaintiff's First Amended Complaint. Assuming State Farm is served on January 29, 2015, State Farm's motion to dismiss will be due on February 19, 2015.

5.     Because the issues and status of this case depend on Plaintiff's First Amended Complaint, the parties have agreed to stipulate to a court order continuing the Case Management

Conference to a date that is after the anticipated resolution of State Farm's motion to dismiss:

## II.
## STIPULATION

In the interest of judicial economy, the parties, by and through their respective counsel, hereby stipulate to continuing the Case Management Conference, currently scheduled to take place on February 6, 2015, to April 7, 2015 or any such other date as the court sees fit.

Dated: January 27, 2015          LAW OFFICES OF MARTIN DEUTSCH


By      */S/ Sosan Akbar*
        MARTIN DEUTSCH
        SOSAN AKBAR
        Attorneys for Plaintiff
        FARHAD ZAGHI


Dated: January 27, 2015          HAYES SCOTT BONINO ELLINGSON & McLAY, LLP


By      */S/ Stephen P. Ellingson*
        STEPHEN M. HAYES
        STEPHEN P. ELLINGSON
        Attorneys for Defendant
        STATE FARM GENERAL INSURANCE
        COMPANY

## [] ORDER

**IT IS SO ORDERED:**

Pursuant to the stipulation of the parties, the Case Management Conference, currently set for February 6, 2015, hereby is continued to [ April 16, 2015 ] .

Dated: 2/3/15

_Ronald M. Whyte_
RONALD M. WHYTE
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA

574045                              -2-

**STIPULATION AND [] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE –
CASE NO. 5:14-CV-04827 RMW**