STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Pkwy., Ste. 480
Redwood City, California  94065
Telephone:  650.637.9100
Facsimile:  650.637.8071

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARHAD ZAGHI,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | CASE NO. 5:14-cv-04827 RMW<br><br>[~~PROPOSED~~] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE |

591926

**[PROPOSED] ORDER**

The Court, having reviewed the stipulation to continue the case management conference, and GOOD CAUSE APPEARING THEREFOR, hereby orders as follows:

Pursuant to the stipulation of the parties, the Case Management Conference, currently set for April 24, 2015, hereby is continued to May 15, 2015 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: _____

*/s/ Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
JUDGE OF THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA